IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JAMAR LEROY HENDERSON<br>      Debtor | Case No. 23-12680-pmm |
| HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2004-FM2 Asset Backed Pass-Through Certificates,<br>      Movant<br><br>vs.<br><br>JAMAR LEROY HENDERSON<br>      Respondent | Chapter 13<br><br>11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on January 10, 2024.

The types of service made on the parties were: Electronic Notification and First -Class Mail.

Service by First Class Mail
JAMAR LEROY HENDERSON
5049 N 16TH ST
PHILADELPHIA, PA 19141-2240

Service by Electronic Notification
MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com

KENNETH E WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

This is the 10th day of January, 2024.

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com