## POST-PETITION PAYMENT HISTORY

| Name: | Jamar Leroy Henderson | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 23-12680 | | | | | |
| Filing Date: | 9/7/2023 | | | | | |
| Post First Due: | 10/1/2023 | | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | No payments received | | | $ - | $ - | |

| Name: | Jamar Leroy Henderson | | | |
|---|---|---|---|---|
| BK Case Number: | 23-12680 | | | |
| Filing Date: | 9/7/2023 | | | |
| Due Date | Total Payment | P & I | Escrow | NOPC Filed Date |
| 10/1/2023 | $ 416.66 | $ 231.31 | $ 185.35 | |
| 11/1/2023 | $ 416.66 | $ 231.31 | $ 185.35 | |
| 12/1/2023 | $ 416.66 | $ 231.31 | $ 185.35 | |
| Total Due | $ 1,249.98 | $ 693.93 | $ 556.05 | |