**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-12680** |
| **Jamar Leroy Henderson** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Ajax Mortgage Loan Trust 2021-B, By** : | **Date and Time of Hearing** |
| **U.S. Bank National Association, As** : | **Place of Hearing** |
| **Indenture Trustee** : | **March 13, 2024 at 01:00 p.m.** |
| **Movant,** : | |
| **vs** : | **U.S. Bankruptcy Court,** |
| : | **900 Market Street, Courtroom #1,** |
| **Jamar Leroy Henderson** : | **Philadelphia, PA, 19107** |
| **Kenneth E. West** : | |
| **Respondents.** | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF AJAX MORTGAGE LOAN TRUST 2021-B, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 7254 NORTH 21ST STREET, CITY OF PHILADELPHIA, PA 19138 (DOCUMENT NO. 36)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 7254 North 21st Street, City of Philadelphia, PA 19138 ("Motion") filed on February 22, 2024, at Document No. 36 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 8, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

/s/ Adam B. Hall

23-024112_EJS1

Adam B. Hall, Esquire (323867)
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

23-024112_EJS1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-12680** |
| **Jamar Leroy Henderson** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | ******************* |
| : | |
| **Ajax Mortgage Loan Trust 2021-B, By** : | **Date and Time of Hearing** |
| **U.S. Bank National Association, As** : | **Place of Hearing** |
| **Indenture Trustee** : | **March 13, 2024 at 01:00 p.m.** |
| **Movant,** : | |
| **vs** : | **U.S. Bankruptcy Court,** |
| : | **900 Market Street, Courtroom #1,** |
| **Jamar Leroy Henderson** : | **Philadelphia, PA, 19107** |
| **Kenneth E. West** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion of Ajax Mortgage Loan Trust 2021-B, By U.S. Bank National Association, As Indenture Trustee for Relief from the Automatic Stay on First Mortgage for Real Property located at 7254 North 21st Street, City of Philadelphia, PA 19138 (Document No. 36) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

MICHAEL A. CIBIK, Attorney for Jamar Leroy Henderson, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jamar Leroy Henderson, 5049 N 16th St, Philadelphia, PA  19141-2240

23-024112_EJS1

PHH Mortgage, 3900 Capital Blvd, Lansing, MI  48906

/s/ Adam B. Hall

23-024112_EJS1