**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-12680** |
| **Jamar Leroy Henderson** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| **Ajax Mortgage Loan Trust 2021-B, By** | : | **Date and Time of Hearing** |
| **U.S. Bank National Association, As** | : | **Place of Hearing** |
| **Indenture Trustee** | : | **March 13, 2024 at 01:00 p.m.** |
| Movant, | : | |
| | : | **U.S. Bankruptcy Court,** |
| vs | : | **900 Market Street, Courtroom #1,** |
| | : | **Philadelphia, PA, 19107** |
| **Jamar Leroy Henderson** | : | |
| **Kenneth E. West** | : | |
| Respondents. | | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON**
**FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 7254 NORTH 21ST**
**STREET, CITY OF PHILADELPHIA, PA 19138**

This matter came before the Court on the Motion for Relief from Stay (the "Motion")

filed by Ajax Mortgage Loan Trust 2021-B, By U.S. Bank National Association, As Indenture

Trustee ("Creditor") regarding the real property located at 7254 North 21st Street, City of

Philadelphia, PA 19138.

Creditor has alleged that good cause for granting the Motion exists, and that Debtor,

counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with

the Motion, and with notice of the hearing date on the Motion.  No party filed a response or

otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these

reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay

imposed by § 362 of the Bankruptcy Code is ~~terminated~~ modified with respect to the Creditor, its

23-024112_EJS1

successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor(s).  Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered.  If the Property has not been sold, the deficiency claim is to be estimated.

Date: **March 12, 2024**
_____

_____
Judge Patricia M. Mayer
United States Bankruptcy Judge