# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 23-12680 |
| **Jamar Leroy Henderson** | : **Chapter 13** |
| | : **Judge Patricia M. Mayer** |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| **Ajax Mortgage Loan Trust 2021-B, By U.S. Bank National Association, As Indenture Trustee** | : Related Document # 22 |
| | : |
| | : |
| Movant, | : |
| vs | : |
| | : |
| **Jamar Leroy Henderson** | : |
| **Kenneth E. West, Trustee** | : |
| Respondents. | |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 22)

Now comes Ajax Mortgage Loan Trust 2021-B, By U.S. Bank National Association, As Indenture Trustee ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on October 26, 2023. The Objection to Confirmation of Plan needs to be withdrawn because Creditor has relief from the automatic stay..

        Respectfully submitted,

        /s/ Adam B. Hall

        Adam B. Hall, Esquire (323867)
        Alyk L. Oflazian (312912)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Adam B. Hall.
        Contact email is abh@manleydeas.com

23-024112_SCS2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 23-12680 |
| Jamar Leroy Henderson | : Chapter 13 |
| | : Judge Patricia M. Mayer |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| Ajax Mortgage Loan Trust 2021-B, By | : Related Document # 22 |
| U.S. Bank National Association, As | : |
| Indenture Trustee | : |
| Movant, | : |
| vs | : |
| | : |
| Jamar Leroy Henderson | : |
| Kenneth E. West, Trustee | : |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 22) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Jamar Leroy Henderson, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jamar Leroy Henderson, 5049 N 16th St, Philadelphia, PA  19141-2240

/s/ Adam B. Hall
_____

23-024112_SCS2