# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Jamar Leroy Henderson,<br><br>               Debtor. | Case No. 23-12680-pmm<br><br>Chapter 13 |

### Certificate of Service

    I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

    Kenneth E. West (CM/ECF)

    U.S. Trustee (CM/ECF)

    Jamar Leroy Henderson
    5049 N 16th Street
    Philadelphia, PA 19141

Date: March 25, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com