**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | Period |
|---|---|---|
| 23-12680 | Henderson | Pre-Confirmation |

| Summary of Fees | | | |
|---|---|---|---|
| Date | Staff | Description | Hours |
| | Attorney | Consultation with client about refiling chapter 13 case - discussed objectives and answered questions | 1.50 |
| | Attorney | Reviewed documents provided by client to determine whether new case would be feasible, reviewed docket and claims from prior case | 2.00 |
| | Attorney | Prepared and filed schedules, statements, and related documents | 3.50 |
| | Attorney | Prepared and filed chapter 13 plan | 1.00 |
| | Attorney | Represented client in defense of motion for relief from automatic stay. | 2.00 |
| | Attorney | Various communications with client during pendancy of case counseling client on his obligations to prepare for meeting of creditors | 2.50 |
| | Attorney | Reviewed time slips and prepared fee application. | 0.25 |

|  |  |
|---:|---:|
| Total Attorney Hours | 12.75 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$4,462.50** |
| Total Paralegal Time | 0.00 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$0.00** |
| Subtotal | $4,462.50 |
| Adjustment | ($12.50) |
| **Grand Total** | **$4,450.00** |
| Pre-Petition Payment | $1,750.00 |
| Balance Due | $2,700.00 |
| Unaccounted Time | 0.00 |