# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12680-pmm |
| Jamar Leroy Henderson, | Chapter 13 |
| Debtor. | |

## Certificate of No Response and Request for Entry of Order

1. Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Application for Compensation filed at ECF No. 44.

2. I have reviewed the docket in this case and no answer, objection, or other responsive pleading to the application appears thereon.

3. Pursuant to the application's associated notice, objections were to be filed and served on or before April 8, 2024.

4. I have reviewed the docket in this case and no applications for administrative expenses other than mine appear thereon.

5. Pursuant to the order of dismissal at ECF No. 47 all applications for administrative expenses were to be filed and served on or before April 9, 2024.

6. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

7. I respectfully request that the order attached to the application be entered at the earliest convenience of the Court.

Date: April 26, 2024

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com